UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT C. WILSON; TIMOTHY J. WATTS; CHRISTOPHER T. CALLAGHAN and PAMELA BURT, Individually,

    Plaintiffs,

-vs-

Case No. 03-72154
Hon: AVERN COHN

TYCO INTERNATIONAL LTD., a foreign corporation; TYCO INTERNATIONAL (U.S.), INC., a domestic corporation; TYCO ACQUISITION CORP., VII, a Nevada corporation; and EARTH TECH EMS HOLDINGS, INC., a Nevada corporation d/b/a EARTH TECH, Jointly and Severally,

    Defendants.
_____/

## PRE-TRIAL ORDER

### I.

1. This is a breach of contract case.

2. Plaintiffs are:   Robert C. Wilson
                          Timothy J. Watts
                          Christopher T. Callaghan
                          Pamela Burt

3. Defendants are:   Tyco International, Inc.
                           Tyco International (U.S.)
                           Tyco Acquisition Corp., VII
                           Earth Tech EMS Holdings, Inc.

4. The complaint is in five (5) counts:

   Count I  -   Breach of IQuES Contract
   Count II  -   Breach of PRO Contract
   Count III  -   Negligent Misrepresentation
   Count IV  -   Fraudulent Misrepresentation
   Count V  -   Exemplary Damages

5.   Three (3) agreements appear to be involved.

6.   The allegations of the complaint and the counts do not differentiate the wrongful acts of each defendant.

## II.

7.   Pending are five (5) motions as reflected in the attached face pages. The motions include a multitude of papers, including briefs, exhibits, and cases.

## III.

The Court will hold a status conference on **Thursday, August 04, 2005 at 2:00 p.m.** to discuss the nature of the case and the pending motions. At the conference, the Court expects to hear from the plaintiffs on the specific acts of wrongdoing by each of the defendants in relationship to each count of the complaint, and from the defendants a concise description of the nature of each of the motions.

The Court further expects that the discussion at the conference will precisely define the issues in the case and strip away the excesses that appear to be present overall. Each side may, if they desire, file a precise description of their respective views of what this case is about, the issues in dispute, and the role of each defendant prior to the conference.

SO ORDERED.

Dated:  July 18, 2005

 s/Avern Cohn  
AVERN COHN  
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was sent to counsel of record on this date, July 18, 2005, by electronic and/or ordinary mail.

 s/Julie Owens  
Case Manager, (313) 234-5160

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ORIGINAL**

ROBERT C. WILSON, TIMOTHY
J. WATTS, CHRISTOPHER T.
CALLAGHAN, and PAMELA BURT,
Individually,

        Plaintiffs,

vs.

TYCO INTERNATIONAL LTD., a
foreign corporation, TYCO INTERNATIONAL,
(U.S.), INC., a domestic corporation, TYCO
ACQUISITION CORP., VII, a Nevada corporation,
and EARTH TECH EMS HOLDINGS, INC.,
a Nevada corporation, d/b/a EARTH TECH,
Jointly and Severally,

        Defendants.

Case No. 03-72154
Hon. Avern Cohn

Motion No. 2

---

L.S. CHARFOOS (P11799)
JASON J. THOMPSON (P47184)
Attorneys for Plaintiff
5510 Woodward Avenue
Detroit, MI 48202
(313) 875-8080

FRANCIS P. BARRON
Cravath, Swaine & Moore, LLP
Counsel for Defendant Tyco International
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

GORDON S. GOLD (P14087)
BARRY R. POWERS (P40589)
MICHAEL D. MEZEY (P36373)
Seyburn, Kahn, Ginn, Bess & Serlin, P.C
Attorneys for Defendant Earth Tech
2000 Town Center, Suite 1500
Southfield, MI 48075
(248) 353-7620

---

**DEFENDANTS' MOTION IN LIMINE TO BAR PLAINTIFFS
FROM OBJECTING TO EARTH TECH'S
COMPUTATION OF EBIT AND "ADDITIONAL CONSIDERATION"**

ORIGINAL
33

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT C. WILSON, TIMOTHY
J. WATTS, CHRISTOPHER T.
CALLAGHAN, and PAMELA BURT,
Individually,

        Plaintiffs,

vs.

TYCO INTERNATIONAL LTD., a
foreign corporation, TYCO INTERNATIONAL,
(U.S.), INC., a domestic corporation, TYCO
ACQUISITION CORP., VII, a Nevada corporation,
and EARTH TECH EMS HOLDINGS, INC.,
a Nevada corporation, d/b/a EARTH TECH,
Jointly and Severally,

        Defendants.

Case No. 03-72154
Hon. Avern Cohn

Motion No. 3

---

L.S. CHARFOOS (P11799)
JASON J. THOMPSON (P47184)
Attorneys for Plaintiff
5510 Woodward Avenue
Detroit, MI 48202
(313) 875-8080

FRANCIS P. BARRON
Cravath, Swaine & Moore, LLP
Counsel for Defendant Tyco International
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

GORDON S. GOLD (P14087)
BARRY R. POWERS (P40589)
MICHAEL D. MEZEY (P36373)
Seyburn, Kahn, Ginn, Bess & Serlin, P.C
Attorneys for Defendant Earth Tech
2000 Town Center, Suite 1500
Southfield, MI 48075
(248) 353-7620

---

**MOTION FOR PARTIAL SUMMARY JUDGMENT TO
BAR CONTRACT AND FRAUD CLAIMS BASED ON
"EXHIBIT 2" TO THE PURCHASE AGREEMENT**

34

21

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ORIGINAL**

ROBERT C. WILSON, TIMOTHY
J. WATTS, CHRISTOPHER T.
CALLAGHAN, and PAMELA BURT,
Individually,

Case No. 03-72154
Hon. Avern Cohn

Motion No. 5

Plaintiffs,

vs.

TYCO INTERNATIONAL LTD., a
foreign corporation, TYCO INTERNATIONAL,
(U.S.), INC., a domestic corporation, TYCO
ACQUISITION CORP., VII, a Nevada corporation,
and EARTH TECH EMS HOLDINGS, INC.,
a Nevada corporation, d/b/a EARTH TECH,
Jointly and Severally,

Defendants.

_____

L.S. CHARFOOS (P11799)
JASON J. THOMPSON (P47184)
Attorneys for Plaintiff
5510 Woodward Avenue
Detroit, MI 48202
(313) 875-8080

GORDON S. GOLD (P14087)
BARRY R. POWERS (P40589)
MICHAEL D. MEZEY (P36373)
Seyburn, Kahn, Ginn, Bess & Serlin, P.C
Attorneys for Defendant Earth Tech
2000 Town Center, Suite 1500
Southfield, MI 48075
(248) 353-7620

FRANCIS P. BARRON
Cravath, Swaine & Moore, LLP
Counsel for Defendant Tyco International
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

_____

## MOTION FOR SUMMARY JUDGMENT FOR PLAINTIFFS' LACK OF PROOF OF DAMANGES, OR, IN THE ALTERNATIVE, TO BAR EXPERT TESTIMONY REGARDING ALLEGED DAMAGES

Defendants, by their attorneys, Seyburn, Kahn, Ginn, Bess and Serlin, P.C., hereby request that the Court grant their Motion for Summary Judgment for Plaintiffs' Lack of Proof of

2005GSGnmd(5192)=Q:\E012920\Motion-Conway.doc=0301

1

35

ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT C. WILSON, TIMOTHY
J. WATTS, CHRISTOPHER T.
CALLAGHAN, and PAMELA BURT,
Individually,

        Plaintiffs,

vs.

TYCO INTERNATIONAL LTD., a
foreign corporation, TYCO INTERNATIONAL,
(U.S.), INC., a domestic corporation, TYCO
ACQUISITION CORP., VII, a Nevada corporation,
and EARTH TECH EMS HOLDINGS, INC.,
a Nevada corporation, d/b/a EARTH TECH,
Jointly and Severally,

        Defendants.

Case No. 03-72154
Hon. Avern Cohn

Motion No. 4

L.S. CHARFOOS (P11799)
JASON J. THOMPSON (P47184)
Attorneys for Plaintiff
5510 Woodward Avenue
Detroit, MI 48202
(313) 875-8080

FRANCIS P. BARRON
Cravath, Swaine & Moore, LLP
Counsel for Defendant Tyco International
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

GORDON S. GOLD (P14087)
BARRY R. POWERS (P40589)
MICHAEL D. MEZEY (P36373)
Seyburn, Kahn, Ginn, Bess & Serlin, P.C
Attorneys for Defendant Earth Tech
2000 Town Center, Suite 1500
Southfield, MI 48075
(248) 353-7620

## MOTION TO DISMISS CLAIMS AGAINST DEFENDANTS TYCO INTERNATIONAL, LTD. AND TYCO INTERNATIONAL, INC. AND MOTION IN LIMINE TO BAR EVIDENCE REGARDING THESE DEFENDANTS

Defendants, by their attorneys, Seyburn, Kahn, Ginn, Bess and Serlin, P.C., hereby request that the Court grant their Motion to Dismiss Claims Against Defendants Tyco

2005GSGnmd(5192)=Q:\E\012920\Motion-Tyco.doc=0228

1

**JUDGE'S COPY**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT C. WILSON, TIMOTHY
J. WATTS, CHRISTOPHER T.
CALLAGHAN, and PAMELA BURT,
Individually,

      Plaintiffs,

vs.

TYCO INTERNATIONAL LTD., a
foreign corporation, TYCO INTERNATIONAL
(U.S.), INC., a domestic corporation, TYCO
ACQUISITION CORP., VII, a Nevada corporation
and EARTH TECH EMS HOLDINGS, INC.,
a Nevada corporation, d/b/a EARTH TECH,
Jointly and Severally,

      Defendants.

Case No. 03-72154
Hon. Avern Cohn

Motion No. 1

FILED MAR 01 2005 CLERK'S OFFICE U.S. DISTRICT COURT EASTERN MICHIGAN

RECEIVED MAR -1 2005 CLERK'S OFFICE, DETROIT-PSG U.S.DISTRICT COURT

---

L.S. CHARFOOS (P11799)
JASON J. THOMPSON (P47184)
Attorneys for Plaintiff
5510 Woodward Avenue
Detroit, MI 48202
(313) 875-8080

FRANCIS P. BARRON
Cravath, Swaine & Moore, LLP
Counsel for Defendant Tyco International
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

GORDON S. GOLD (P14087)
BARRY R. POWERS (P40589)
MICHAEL D. MEZEY (P36373)
Seyburn, Kahn, Ginn, Bess & Serlin, P.C
Attorneys for Defendant Earth Tech
2000 Town Center, Suite 1500
Southfield, MI 48075
(248) 353-7620

---

## MOTION FOR PARTIAL SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, MOTION IN LIMINE, AS TO COUNTS I AND II (BREACH OF CONTRACT) OF THE COMPLAINT

2005GSGnmd(5192)=\\SERVER\VOL\DOCS\LITIGAT\E012920\Motion-Breach of Contract.doc=0228

1